IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00851-MEH-CBS

MICHAEL A. LAPORTE,

 Plaintiff,

v.

DAVID A. POPE,

 Defendant.

# ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

 Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of a United States Magistrate Judge, and the case was reassigned to this Court. Accordingly,

 IT IS ORDERED that the Order of Reference issued by Judge Weinshienk [filed April 16, 2009; docket #5] is hereby **vacated**; and

 Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Craig B. Shaffer is designated to conduct proceedings in this civil action as follows:

 To convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

 IT IS FURTHER ORDERED that a Scheduling Conference is hereby set in this matter for Tuesday, **June 30, 2009, at 9:15 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers

United States Courthouse, 1929 Stout Street, Denver, Colorado.[1]  If this date is not convenient, counsel should confer with opposing counsel and contact Chambers at (303) 844-4507 to inquire about alternate available dates.  Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the appropriate proposed order has been submitted to Chambers in a useable format by the appropriate deadline.   Please contact Chambers at (303) 844-4507 to arrange appearance by telephone.

The parties must submit the proposed Scheduling Order [filed June 17, 2009; docket #15] in a useable format (i.e., Word or WordPerfect only) by email to Magistrate Judge Hegarty at *Hegarty_Chambers@cod.uscourts.gov*.

Any out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the Scheduling Conference.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion.  Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not be vacated by Court order may result in the imposition of sanctions.

Finally, the parties or counsel attending the Conference should be prepared to informally discuss settlement of the case. There is no requirement to submit confidential settlement documents/letters to the Court beforehand or to have parties present who shall have full authority to negotiate all terms and demands presented by the case.

---

[1] Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.

IT IS SO ORDERED.

Dated in Denver, Colorado, this 18th day of June, 2009.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge